IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:14cr98 CWR-LRA

JOHN LEE LACY and                21 U.S.C. § 846
MARCO ANTONIO SANCHEZ            21 U.S.C. § 841(a)(1)
                                 18 U.S.C. § 1952 (a)(3)

**The Grand Jury charges:**

## COUNT 1

On or about January 1, 2013, and continuing through January 2, 2013, in Hinds County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **JOHN LEE LACY and MARCO ANTONIO SANCHEZ**, knowingly and willfully did conspire with each other and others known and unknown to the grand jury, to knowingly and intentionally distribute more than 50 grams of methamphetamine, a Schedule II controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code.

All in violation of Section 846, Title 21, and Section 2, Title 18, United States Code.

**QUANTITY OF METHAMPHETAMINE INVOLVED IN THE CONSPIRACY**

With respect to **JOHN LEE LACY**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is more than 50 grams of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)A.

With respect to **MARCO ANTONIO SANCHEZ**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is more than 50 grams of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)A.

## COUNT 2

On or about January 1, 2013 through January 2, 2013, in Hinds County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendants, **JOHN LEE LACY and MARCO ANTONIO SANCHEZ**, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

## COUNT 3

On or about January 1, 2013, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **MARCO ANTONIO SANCHEZ**, did travel in interstate commerce from the State of Arizona to the Southern District of Mississippi and elsewhere, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment and carrying on of an unlawful activity, the unlawful activity being a business enterprise involving the distribution of a controlled substance, that is transporting methamphetamine, and thereafter did perform acts and attempt to perform acts to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of the unlawful activity, in violation of Section 1952(a)(3), Title 18, United States Code.

## NOTICE OF FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendants, **JOHN LEE LACY and MARCO ANTONIO SANCHEZ**, shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited

to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

Further, if any property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the Court; d) has been substantially diminished in value; or e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of said defendants up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Sections 981(a)(1)(C), Title 18, United States Code; Section 853, Title 21, United States Code; and Section 2461, Title 28, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

_____
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 24th day of June, 2014.

UNITED STATES MAGISTRATE JUDGE